# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016

(212) 679-4470
FAX: (212) 679-6670
EPHRAIM@SAVITTESQ.COM

October 29, 2010

**BY ECF AND FAX**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>United States v. Guillermo Valencia Zuluaga</u>
> 07 CR 653 (SLT)

Dear Judge Townes:

After the sentencing, I received an urgent request from Guillermo Zuluaga's wife and sister in Colombia if it was possible for him to serve the balance of his term in a facility in Florida. That would enable them to travel from Colombia to visit him from time to time without expending prohibitive air fare costs. They really cannot afford it.

I respectfully ask that Your Honor recommend in the written Judgment that the Bureau of Prisons designate my client to a facility close to Miami, Florida to allow his family members to visit him and keep his morale up. He and they desperately need this.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

cc: AUSA Carolyn Pokorny
Guillermo Valencia Zuluaga