# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE  
SUITE 2200  
NEW YORK, NEW YORK 10016

(212) 679-4470  
FAX: (212) 679-6670  
EPHRAIM@SAVITTESQ.COM

October 29, 2010

BY ECF AND FAX  
Honorable Sandra L. Townes  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

**FILED**  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ NOV 0 2 2010 ★  
BROOKLYN OFFICE

Re: United States v. Guillermo Valencia Zuluaga  
07 CR 653 (SLT)

Dear Judge Townes:

After the sentencing, I received an urgent request from Guillermo Zuluaga's wife and sister in Colombia if it was possible for him to serve the balance of his term in a facility in Florida. That would enable them to travel from Colombia to visit him from time to time without expending prohibitive air fare costs. They really cannot afford it.

I respectfully ask that Your Honor recommend in the written Judgment that the Bureau of Prisons designate my client to a facility close to Miami, Florida to allow his family members to visit him and keep his morale up. He and they desperately need this.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

The application is  X granted.  
SO ORDERED.     ___ denied.

Sandra L. Townes, U.S.D.J.  
November 1, 2010  
Brooklyn, New York

cc: Guillermo Valencia Zuluaga

*The Court will recommend the requested designation.*